# K|C|O

## KABAT CHAPMAN & OZMER LLP

Atlanta    Los Angeles

6/25/2020

RYAN D. WATSTEIN
DIRECT DIAL: (404) 400-7307
EMAIL: *rwatstein@kcozlaw.com*

May 28, 2020

**VIA CM/ECF & FEDEX**

Honorable Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
U.S. District Court
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

6/24/2020
In view of recent Sealed Court rulings about sealed documents, I am revising my "addendum" to the confidentiality stipulation. See attached. I will allow you to file under seal ~~documents~~ unredacted versions of documents containing "Confidential" (not "Information") material.

Re: *The RDI Corporation v. Charter Communications, Inc.*, Case No. 1:19-cv-10929 (S.D.N.Y.)

Dear Judge McMahon:

**MEMO ENDORSED**

Pursuant to Local Rule 7.1(d) and your Honor's Individual Rule of Practice V.I., Plaintiff The RDI Corporation and Defendant Charter Communications, Inc. jointly move the Court by letter motion for entry of the enclosed stipulated protective order to govern the exchange and disclosure of confidential and sensitive information and documents during discovery in this matter. The proposed stipulated order includes the Addendum outlined in your Individual Rules of Practice.

Yn must fk

Please let us know if you require any additional information. We appreciate the Court's consideration.

Respectfully submitted,

redacted versions of all sealed documents — redacting only "confidential" information. The public on record, I will — and I will not allow this court to be lightly sealed under C—

/s/ Chelsea Koff
Craig S. Barnett (*pro hac vice*)
Chelsea E. Koff (*pro hac vice*)
**STEARS WEAVER MILLER**
**WEISSLER ALHADEFF &**
**SITTERSON, P.A.**
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, Florida 33301

/s/ Ryan D. Watstein
Michael D. Kabat (NY Bar No. 836784)
mkabat@kcozlaw.com
Ryan D. Watstein
(admitted *pro hac vice*)
rwatstein@kcozlaw.com
**KABAT CHAPMAN & OZMER**

171 17th Street NW, Suite 1550, Atlanta, Georgia 30363   |   404.400.7300   |   www.kcozlaw.com

Honorable Colleen McMahon
May 28, 2020
Page 2

Phone: (954) 462-9587

Jonathan D. Lupkin (JL-0792)
Michael B. Smith (MS-3281)
**LUPKIN PLLC**
80 Broad Street, Suite 1301
New York, NY 10004
Phone: (646) 367-2771
Fax: (646) 219-4870

*Counsel for Plaintiff The RDI Corporation*

Dated: May 28, 2020

**LLP**
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Tel: (404) 400-7300
Fax: (404) 400-7333

*Counsel for Defendant Charter Communications, Inc.*

Enclosure

Cc (*via email*): All counsel of record