UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE RDI CORPORATION,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant and Counter-Plaintiff. | Case No. 1:19-cv-10929-CM<br><br>Hon. Colleen McMahon |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2021

**NOTICE OF AGREED THIRD MOTION TO SEAL**

PLEASE TAKE NOTICE that Defendant Charter Communications, Inc. ("Charter") upon the accompanying memorandum of law, will move this Court, before the Honorable Colleen McMahon, at the United States Courthouse, at such time as the Court may designate, for an order permitting Charter to file under seal, and in redacted form via CM/ECF: (1) Charter's Reply in Support of Charter's Motion for Summary Judgment; (2) Charter's Reply in Support of Charter's Statement of Undisputed Material Facts; (3) the Declaration of Rachel M. Bishop and exhibits thereto.

MEMO ENDORSED

5/10/2015
The motion is granted

[signature]

1

Dated: May 5, 2021

                              Respectfully submitted,

                              **KABAT CHAPMAN & OZMER LLP**

By:   */s/ Daniel H. Gaynor*
       Michael D. Kabat
       mkabat@kcozlaw.com
       Ryan D. Watstein (*pro hac vice*)
       rwatstein@kcozlaw.com
       Daniel H. Gaynor (*pro hac vice*)
       dgaynor@kcozlaw.com
       Rachel M. Bishop (*pro hac vice*)
       rbishop@kcozlaw.com

       171 17th Street NW, Suite 1550
       Atlanta, Georgia 30363
       Telephone:  (404) 400-7300
       Fax:           (404) 400-7333

       *Counsel for Defendant/Counter-Plaintiff Charter Communications, Inc.*