UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2022

THE RDI CORPORATION,

Plaintiff and Counter-Defendant,

v.

CHARTER COMMUNICATIONS, INC.,

Defendant and Counter-Plaintiff.

Case No. 1:19-cv-10929-CM

Hon. Colleen McMahon

## ORDER GRANTING JOINT MOTION TO STAY

THIS CAUSE having come before the Court on the Joint Notice of Settlement and Motion to Stay ("Motion") submitted by Plaintiff The RDI Corporation and Defendant Charter Communications, Inc. (the "Parties"), and the Court having considered the Motion and being otherwise duly advised, it is hereby, **ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

This action is stayed for 45 days pending the filing of a Stipulation of Dismissal with Prejudice by the Parties.

SO ORDERED, this ___ day of March, 2022.

**HON. COLLEEN MCMAHON**
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK